In the Matter of the Application of ANTHONY BECHER, Petitioner, for the Removal of ARTHUR J. CASE, Police Justice of the Incorporated Village of Valley Stream, Respondent.— Matter referred to Hon. James C. Van Siclen, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of ERNEST H. NOHN and ERNEST ST. J. MANN, as Executors, etc., of EMIL E. GABLER, Deceased, for Instructions. NORINE VERONICA DEGNEN, Appellant; ERNEST H. NOHN and ERNEST ST. J. MANN, as Executors, etc., and Others, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted and the following question certified: Under the circumstances in this case, was the Surrogate's Court authorized to prefer payment to the widow from the residuary legacy to her over the legacy to the appellant and other general legacies? Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ. [See ante, p. 797.]

In the Matter of the Application of ROBERT T. HAWTHORNE for Admission to the Bar.—Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

SIDNEY KROWTZOFF, an Infant, etc., and SAM KROWTZOFF, Appellants, v. THE LONG ISLAND RAILROAD COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

N. & H. BUILDING Co., INC., Appellant, v. FLOWER GARAGE, INC., and Others, Respondents; SOPHIE HIMMELSTEIN and JENNIE NEUFELD, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Temporary stay vacated. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

CONRAD OLSEN and Others, Appellants, v. BROOKLYN ASH REMOVAL Co., INC., Respondent.— Motion for leave to appeal to the Court of Appeals granted and the following question certified: Does the complaint state a cause of action? Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ. [See ante, p. 776.]

AGNES OUGHTON, Respondent, v. CLIFFORD LOEW, and J. D. CRONK & SONS, INC., Doing Business under the Firm Name and Style of the YELLOW CAB COMPANY, Appellants.— Motion of appellant J. D. Cronk & Sons, Inc., for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

CECELIA PERRY, Appellant, v. HAROLD PERRY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

ELAINE PLANICK, an Infant, etc., and LOUIS PLANICK, Appellants, v. ABRAHAM LEHMAN, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

JACQUES SCHURRE, Appellant, v. LEON E. BORDEN, Respondent. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.